UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: //-6-/4 | |

OGDEN POWER DEVELOPMENT – CAYMAN, INC., QUEZON GENERATING COMPANY LTD., and GPI QUEZON, LTD.,

                          Petitioners,

          - against -

PMR LIMITED CO. and PMR POWER, INC.,

                          Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 14 Civ. 8169 (PKC)

[PROPOSED] ORDER

Upon the *ex parte* Motion of petitioners Ogden Power Development – Cayman, Inc., Quezon Generating Company Ltd. and GPI Quezon, Ltd. (together, the "Petitioners") to Serve Respondents Pursuant to Fed. R. Civ. P. 4(f), it is hereby:

ORDERED, that in accordance with Fed. R. Civ. P. 4(f) and Rule 14 of the Philippine Rules of Civil Procedure, Ledesma Gonzales Law Office, through any of its lawyers, is hereby authorized to effectuate service of the (i) summons, (ii) petition, (iii) motion to compel arbitration and for anti-suit injunction, or alternatively, for preliminary injunction (iv) supporting memorandum of law, and (v) this Order (together, the "Papers"), on respondents PMR Limited Co. ("PMR Limited") and PMR Power, Inc. ("PMR Power") (together, the "Respondents") through personal service on (i) Daniel Chalmers, president of PMR Power and CEO and Chairman of PMR Limited, and (ii) Darrah Jean D. Punzalan, the registered agent of Respondents; and

It is further ORDERED, that upon completion of personal service on Respondents as set forth above, Petitioners shall file with the Court an affidavit of service by Ledesma Gonzales Law Office as proof of service of the Papers on Respondents through their registered agent and Principal in the Philippines.

DATED: //-6-/4
New York, New York

SO ORDERED: _____
United States District Judge P. Kevin Castel